FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 30, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATASHA NICOLE HARGRAVES,<br><br>Defendant. | No. 2:25-CR-00080-TOR-1<br><br>ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 24)** |

Before the Court is Defendant NATASHA NICOLE HARGRAVES' Agreed Motion to Modify Release Conditions. **ECF No. 24**.

**IT IS HEREBY ORDERED:**

1. Defendant's Agreed Motion to Modify Conditions of Release, **ECF No. 24**, is **GRANTED.  Pretrial Services shall make a determination regarding Defendant's proposed new address as set forth in ECF No. 24 and, if approved by Pretrial Services, Defendant may reside at that address.**

2. All other terms and conditions of pretrial release set forth in ECF No. 18 shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED July 30, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1